| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Argentina | ROCAWEAR | | Registered | Iconix Latin America LLC | 3 | Fragrances and cosmetics | 2784746 | 11/08/2007 | 2257840 | 11/12/2008 | 11/12/2018 |
| Argentina | ROCAWEAR plus RW design | ROCA☆WEAR | Registered | Iconix Latin America LLC | 25 | Clothing; namely, tee shirts, shirts, jeans, pants, jackets, coats, dresses, skirts, shorts, sweaters, sweatshirts, sweatpants, hats, undergarments, bathing suits, and footwear | 2521777 | 06/16/2004 | 2138892 | 01/25/2007 | 01/25/2027 |
| Australia | ROC NATION | | Filed | Studio IP Holdings LLC | 25 | Clothing, shirts, t-shirts, tops, blouses, sweatshirts, hooded sweatshirts, sweatpants, jackets, coats, blazers, rainwear, vests, pants, shorts, jeans, sweaters, underwear, thermal underwear, swimwear, jerseys, dresses, skirts, belts, suspenders, neckwear, scarves, gloves, socks, leggings, tights, hosiery, bras, panties, camisoles, teddies, bustiers, garter belts, pajamas, nightshirts and robes; footwear; headwear. | 1792873 | 08/29/2016 | | | 08/29/2026 |
| Australia | ROCAWEAR | | Registered | Studio IP Holdings LLC | 25 | Clothing, headgear and footwear; men's, women's and children's apparel, including, jeans, jackets, pants, shirts, sweaters, sportswear, outerwear, tops, vests, drawstring pants, baseball caps, hats, and T-shirts | 821727 | 01/31/2000 | 821727 | 01/19/2001 | 01/31/2020 |
| Australia | ROCAWEAR | | Registered | Studio IP Holdings LLC | 3 | Fragrances, perfumes, perfume products, colognes, eau de toilet, aromatherapy products, essential oils, aftersave; cosmetics including lipsticks, blushes, mascara, eye liners, lip glosses, cosmetic kits; and beauty care products in this class | 1209946 | 11/14/2007 | 1209946 | 07/01/2008 | 11/14/2017 |
| Australia | ROCAWEAR | | Registered | Studio IP Holdings LLC | 9 | Apparatus for recording, transmitting and/or reproducing sounds, images and/or data, and accessories for such apparatus, included in this class; protective covers and carrying cases in this class, including for MP3 players; computers, including laptops, and personal digital assistants; media players, including portable media players and music players; games in this class, including handheld video games; phones, including cell phones, and other communication devices in this class | 1386014 | 09/29/2010 | 1386014 | 05/25/2011 | 09/29/2020 |
| Australia | ROCAWEAR EVOLUTION | | Registered | Studio IP Holdings LLC | 3 | Fragrances and personal care and cleansing products in this class; perfumes, colognes, eau de toilettes, body sprays, aftershaves, deodorants, and shower gels | 1411081 | 02/25/2011 | 1411081 | 03/26/2012 | 02/25/2021 |
| Australia | ROCAWEAR plus RW design | ROCA☆WEAR | Registered | Studio IP Holdings LLC | 3 | Fragrances and cosmetics, namely, lipsticks, blushers, mascara, eye liner and lip glosses | 983527 | 12/31/2003 | 983527 | 10/05/2004 | 12/31/2023 |
| Australia | ROCAWEAR plus RW design | ROCA☆WEAR | Registered | Studio IP Holdings LLC | 9, 14, 18 | 9 - Eyewear; including, eyeglasses, sunglasses and their cases 14: Jewelry; including, earrings, rings, necklaces, bracelets, pendants, cuff links and watches 18: Bags; including, handbags, shoulder bags, backpacks, knapsacks, wallets and luggage | 887591 | 08/30/2001 | 887591 | 02/26/2004 | 08/30/2021 |
| Bahrain | ROCAWEAR plus RW design | ROCA☆WEAR | Registered | Studio IP Holdings LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, sweat pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | TM40789 | 02/25/2004 | TM40789 | 05/08/2005 | 02/25/2024 |
| Belarus | ROCAWEAR | | Registered | Studio IP Holdings LLC | 18 | Bags, namely, handbags, shoulder bags, back packs, messenger bags, duffel bags, tote bags, hold-alls, and luggage | 20112371 | 06/13/2011 | 46907 | 10/09/2013 | 06/13/2021 |
| Belarus | ROCAWEAR | | Registered | Studio IP Holdings LLC | 25 | Men's, women's and children's clothing, namely, jeans, jackets, pants, knit shirts, shirts, sweaters, tops, vests, drawstring pants, pants, tee shirts, polo shirts, coats, sweat shirts, sweatshirts with hoods, sweat pants, shorts, blouses, tank tops, dresses, skirts, underwear, socks, belts, scarves, headwear, footwear | 20112372 | 06/13/2011 | 46908 | 10/09/2013 | 06/13/2021 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bosnia-Herzegovina | ROCAWEAR | | Filed | Iconix Europe LLC | 18 | Bags, namely, handbags, shoulder bags, back packs, messenger bags, duffel bags, tote bags, hold-alls and luggage | BAZ1115704A | 06/29/2011 | | | 06/29/2021 |
| Bosnia-Herzegovina | ROCAWEAR | | Filed | Iconix Europe LLC | 25 | Men's, women's and children's clothing, namely, jeans, jackets, pants, knit shirts, shirts, sweaters, tops, vests, drawstring pants, pants, tee shirts, polo shirts, coats, sweat shirts, sweatshirts with hoods, sweat pants, shorts, blouses, tank tops, dresses, skirts, underwear, socks, belts, scarves, headwear, footwear | BAZ1115705A | 06/29/2011 | | | 06/29/2021 |
| Brazil | ROC NATION | | Filed | Studio IP Holdings LLC | 25 | Clothing; footwear; headgear | 911589678 | 09/06/2016 | | | |
| Brazil | ROCAWEAR | | Registered | Iconix Latin America LLC | 3 | fragrance, namely, cologne, eau de toilette, perfumes and post-shave, cosmetics, lipstick, blush, mascara, eyeliner for eyes and lips | 829429360 | 12/06/2007 | 829429360 | 07/26/2011 | 07/26/2021 |
| Brazil | ROCAWEAR plus RW design | ROCAWEAR | Registered | Iconix Latin America LLC | 25 | Clothing for men and women-especially, pants, shirts, jerseys, jacket, vests, pants, jeans, hats and shoes included in this class | 824411790 | 03/05/2002 | 824411790 | 04/22/2008 | 04/22/2018 |
| British Virgin Islands | ROCAWEAR plus RW design | ROCAWEAR | Registered | Studio IP Holdings LLC | 38 | Men's, women's and children's clothing, namely, pants, jeans, shirts, t-shirts, skirts, sweaters, sweat shirts, sweat pants, blouses, dresses, blouses, suits, hats, socks, undergarments, socks and footwear, in addition to all other goods in this class | 4763 | 09/27/2007 | 4763 | 02/29/2008 | 09/27/2021 |
| Cambodia | ROCAWEAR plus RW design | ROCAWEAR | Registered | Studio IP Holdings LLC | 25 | Clothing, footwear, headgear | 20531/04 | 05/13/2004 | KH20246/04 | 09/09/2004 | 05/13/2024 |
| Canada | 9 IX ROCAWEAR plus RW Design | IX rocawear | Registered | Icon DE Holdings LLC | N/A | Fragrances, namely, perfume and cologne; body lotion, soaps, cosmetics, namely, concealers, foundation, compacts and lip sticks | 1376590 | 12/19/2007 | TMA787,974 | 01/19/2011 | 01/19/2026 |
| Canada | R and Shield Design | | Registered | Icon DE Holdings LLC | N/A | Men's and women's clothing, namely, pants, jeans, t-shirts, sweatshirts, sweatpants, jackets, coats, dresses, shirts, hats, headbands, underwear, swimsuits and footwear namely boots, shoes and slippers | 1256298 | 05/03/2005 | TMA687,761 | 05/15/2007 | 05/15/2022 |
| Canada | R (Stylized) | | Registered | Icon DE Holdings LLC | N/A | Men's and women's clothing, namely, pants, jeans, t-shirts, sweatshirts, sweatpants, jackets, coats, dresses, shirts, hats, headbands, underwear, swimsuits and footwear namely boots, shoes and slippers | 1256297 | 05/03/2005 | TMA687,760 | 05/15/2007 | 05/15/2022 |
| Canada | R Stitch Design | | Registered | Icon DE Holdings LLC | N/A | Men's and women's clothing, namely, pants, jeans, t-shirts, sweatshirts, sweatpants, jackets, coats, dresses, shirts, hats, headbands, underwear, swimsuits and footwear namely boots, shoes and slippers | 1256296 | 05/03/2005 | TMA689,597 | 06/12/2007 | 06/12/2022 |
| Canada | ROC | | Registered | Icon DE Holdings LLC | N/A | Bags namely handbags, purses, shoulder bags, and knapsacks; men's and women's clothing namely pants, jeans, t-shirts, sweatshirts, sweatpants, jackets, coats, dresses, shirts, hats, headbands, underwear, swimsuits and footwear namely boots, shoes, and slippers | 1261631 | 06/17/2005 | TMA737,447 | 04/02/2009 | 04/02/2024 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canada | ROC NATION | | Filed | Studio IP Holdings LLC | N/A | Goods – Eyewear, namely, eyeglasses, sunglasses, eyeglass frames, sunglass frames, and accessories, namely, straps and neck cords, cases and related parts therefor; Jewelry and watches; Bags, namely, handbags, shoulder bags, tote bags, backpacks, knapsacks, wallets, luggage, all-purpose sports bags, duffel bags, waist packs, sack packs, messenger bags, cross-body bags, garment bags for travel, toiletry bags sold empty, leather key chains Clothing, namely, t-shirts, shirts, blouses, sweatshirts, hooded sweatshirts, sweatpants, jackets, coats, blazers, rainwear, vests, pants, shorts, jeans, sweaters, underwear, thermal underwear, swimwear, jerseys, dresses, skirts, belts, suspenders, neckwear, scarves, gloves, socks, leggings, tights, hosiery, bras, panties, camisoles, teddies, bustiers, garter belts, shapewear, pajamas, nightshirts and robes; athletic footwear, casual footwear, shoes, boots and slippers; headwear, namely, caps, hats, head bands and sport headgear Services - Retail and online retail store services featuring clothing, footwear, headwear, jewelry, watches, bags, eyewear and accessories, namely, belt, scarves, gloves and mittens | 1,647,886 | 10/15/2013 | | | |
| Canada | ROCA (Stylized) | roca | Registered | Icon DE Holdings LLC | N/A | Men's knitted sweaters, sport and dress shirts and jackets | 684762 | 06/26/1991 | TMA410070 | 03/26/1993 | 03/26/2023 |
| Canada | ROCAWEAR | | Registered | Icon DE Holdings LLC | N/A | Men's, women's and children's apparel and footwear, namely, shoes, leather shoes, rubber shoes, galoshes, sneakers and basketball shoes, leatherwear, knitwear, wovenwear, namely, skirts, slacks, children's clothes, jeans, underwear, sweaters, sweatpants, sweat shirts, sport shirts, jerseys, and tank tops, t-shirts, outerwear, namely, anoraks, raincoats, short coats, jackets, overcoats and track suits, funwear, namely, bandannas, winter gloves, scarves, socks, hats and hoods, sportswear, housewear, and clothing accessories, namely, eyewear, namely, eyeglasses, sunglasses, eyeglass cases and sunglass cases, jewelry and watches | 1057949 | 05/05/2000 | TMA577443 | 03/13/2003 | 03/13/2018 |
| Canada | ROCAWEAR EVOLUTION | | Registered | Icon DE Holdings LLC | N/A | Colognes, aftershaves, body sprays, deodorants, eau de toilettes and shower gels | 1512615 | 01/26/2011 | 880,545 | 06/20/2014 | 06/20/2029 |
| Canada | ROCAWEAR plus RW design | rocawear | Registered | Icon DE Holdings LLC | N/A | (1) Toilet preparations, namely, perfumes, eau de parfum and colognes. (2) Eyewear, namely, eyeglasses, sunglasses and their cases. (3) Jewelery, namely, earrings, rings, necklaces, bracelets, pendants, cuff links and watches. (4) Bags, namely, handbags, shoulder bags, backpacks, knapsacks, wallets and luggage. | 1115021 | 09/06/2001 | TMA614,353 | 07/08/2004 | 07/08/2019 |
| Canada | ROCAWEAR plus RW Design | rocawear | Registered | Icon DE Holdings LLC | N/A | Women's intimate apparel | 1397944 | 06/03/2008 | TMA746790 | 09/01/2009 | 09/01/2024 |
| Canada | ROCAWEAR plus RW Design | rocawear | Registered | Icon DE Holdings LLC | N/A | Men's intimate apparel | 1397943 | 06/03/2008 | TMA746786 | 09/01/2009 | 09/01/2024 |
| Canada | ROCAWEAR plus RW Design | rocawear | Registered | Icon DE Holdings LLC | N/A | Kids' apparel, namely t-shirts, shirts, blouses, skirts, denim skirts, jeans, pants, shorts, denim shorts, denim jackets, jackets, dresses, coats, sweaters, sweat shirts, sweat pants, jackets, vests, socks, hats and belts | 1397942 | 06/03/2008 | TMA746785 | 09/01/2009 | 09/01/2024 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Canada | ROCAWEAR plus RW Design | ROCA᭡wear | Registered | Icon DE Holdings LLC | N/A | Women's apparel, namely t-shirts, shirts, blouses, skirts, denim skirts, pants, jeans, denim shorts, denim jackets, jackets, dresses, sweat shirts, sweat pants, jackets, coats, socks, hats and belts | 1397936 | 06/03/2008 | TMA746746 | 09/01/2009 | 09/01/2024 |
| Canada | ROCAWEAR plus RW Design | ROCA᭡wear | Registered | Icon DE Holdings LLC | N/A | Men's apparel, namely t-shirts, shirts, jeans, pants, shorts, denim shorts, jackets, coats, denim jackets, sweaters, sweat shirts, sweat pants, vests, socks, hats and belts | 1397935 | 06/03/2008 | TMA746747 | 09/01/2009 | 09/01/2024 |
| Canada | TEAM ROC | | Filed | Studio IP Holdings LLC | N/A | Vitamin and mineral supplements in the form of sprays, liquid drops, liquid, capsules, tablets, caplets, powder, syrups, gummies and gels; vitamin and mineral enriched chewing gum; nutritional supplements, namely, protein supplements, in tablet, powder, capsule and liquid form; herbal supplements for general health and well-being; vitamin, mineral and non-alcoholic beverages, namely, waters, flavored waters, infused waters and isotonic beverages; orally ingested gel for boosting energy, oral spray for boosting energy, oral drops for boosting energy, energy boosting bars for use as a meal substitute, energy boosting mouth-dissolvable flavored edible films, nutritional supplements in the form of food bars % Timepieces, namely, watches, watchbands % All purpose sports bags, waist packs, back packs, book bags, fanny packs, duffle bags, athletic bags, gym bags, shoe, sack packs, day packs ; Men's, women's and children's apparel, namely, belts, shoes, ties; footwear, namely, athletic footwear, casual footwear, sports footwear, outdoor winter footwear, beach footwear, boots, slippers, sandals; knitwear, namely, sweaters, pullovers, tops, scarves; woven wear, namely, sweaters, scarves; t-shirts; pants; outerwear, namely, jackets; gloves; clothing, namely, jeans, sweatshirts, sweatpants, shorts, coats, skirts, dresses, undergarments namely briefs, long underwear, thong underwear, thermal underwear, bras, sports bras, camisols; underwear, swimwear and socks; headwear, namely, hats, caps; Clothing, namely, sweatshirts; % Clothing, namely, jeans, sweatshirts, sweatpants, shorts, coats, skirts, dresses, headwear namely, hats, caps; undergarments namely briefs, long underwear, thong underwear, thermal underwear, bras, sports bras, camisols, underwear; swimwear and socks; Non-alcoholic drinks, namely, energy shots, sports drinks, and energy drinks | 1,627,561 | 05/21/2013 | | | |
| Chile | ROCAWEAR and Design | ROCA᭡wear | Registered | Iconix Latin America LLC | 25 | Men's, women's and children's clothing; namely, jeans, pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, boots, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | 606989 | 05/09/2003 | 1060125 | 12/11/2003 | 12/11/2023 |
| China P.R. | RW (Stylized) | ℛ | Registered | Iconix China Limited | 25 | Clothing; underwear; waterproof clothing; stage costumes; shoes; hats; wedding dresses; underpants; tights; sport shoes; trousers; shorts; tee-shirts; sweatshirts; undershirts | 7029136 | 06/07/2012 | 7029136 | 06/07/2012 | 06/06/2022 |
| China P.R. | R and Shield Design | ℛ | Registered | Iconix China Limited | 25 | Clothing; footwear | 4658744 | 05/16/2005 | 4658744 | 02/07/2012 | 02/06/2022 |
| China P.R. | R Stitch Design | ℛ | Registered | Studio IP Holdings LLC | 25 | Clothing; footwear; hats; hosiery; gloves [clothing]; neckties; belts [clothing]; football shoes; raincoats; swimsuits | 4658746 | 05/16/2005 | 4658746 | 08/14/2009 | 08/13/2019 |
| China P.R. | R(Stylized) | R | Registered | Studio IP Holdings LLC | 25 | Clothing; footwear | 4658745 | 12/07/2010 | 4658745 | 12/26/2016 | 12/06/2020 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| China P.R. | R+ Design | | Registered | Iconix China Limited | 25 | Clothing; underwear; layettes [clothing]; swimsuits; waterproof clothing; stage costumes; football shoes; shoes; hats; hosiery; gloves [clothing]; neckties; scarves; belts [clothing]; wedding dresses; underpants; tights; sport shoes; | 7177355 | 09/21/2010 | 7177355 | 12/26/2016 | 09/20/2020 |
| China P.R. | R+ Design | | Registered | Iconix China Limited | 14 | Not in our database | 8533677 | 08/14/2011 | 8533677 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ Design | | Registered | Iconix China Limited | 18 | Not in our database | 8533676 | 08/14/2011 | 8533676 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ Design | | Registered | Iconix China Limited | 24 | Not in our database | 8533675 | 08/14/2011 | 8533675 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ Design and Square | | Registered | Iconix China Limited | 14 | Not in our database | 8533495 | 08/14/2011 | 8533495 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ Design and Square | | Registered | Iconix China Limited | 18 | Not in our database | 8533494 | 08/14/2011 | 8533494 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ Design and Square | | Registered | Iconix China Limited | 24 | Not in our database | 8533493 | 08/14/2011 | 8533493 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ Design and Square | | Registered | Iconix China Limited | 25 | Not in our database | 8533492 | 09/07/2011 | 8533492 | 09/07/2011 | 09/06/2021 |
| China P.R. | R+ design in black square | | Registered | Iconix China Limited | 14 | Not in our database | 8533681 | 08/14/2011 | 8533681 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ design in black square | | Registered | Iconix China Limited | 18 | Not in our database | 8533680 | 08/14/2011 | 8533680 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ design in black square | | Registered | Iconix China Limited | 24 | Not in our database | 8533679 | 08/14/2011 | 8533679 | 08/14/2011 | 08/13/2021 |
| China P.R. | R+ design in black square | | Registered | Iconix China Limited | 25 | Not in our database | 8533678 | 09/07/2011 | 8533678 | 09/07/2011 | 09/06/2021 |
| China P.R. | ROC NATION | | Registered | Studio IP Holdings LLC | 14 | Jewelry and watches | 13365051 | 11/04/2013 | 13365051 | 01/14/2015 | 01/13/2025 |
| China P.R. | ROC NATION | | Registered | Studio IP Holdings LLC | 18 | Bags, namely, handbags, shoulder bags, tote bags, backpacks, knapsacks, wallets, luggage, all-purpose sports bags, duffel bags, waist packs, sack packs, messenger bags, cross-body bags, garment bags for travel, vanity cases, not fitted; key cases | 13365050 | 11/04/2013 | 13365050 | 03/14/2015 | 03/13/2025 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| China P.R. | ROC NATION | | Registered | Studio IP Holdings LLC | 25 | Clothing, namely, shirts, t-shirts, tops, blouses, sweatshirts, hooded sweatshirts, sweatpants, jackets, coats, blazers, rainwear, vests, pants, shorts, jeans, sweaters, underwear, thermal underwear, swimwear, jerseys, dresses, skirts, belts, suspenders, neckwear, scarves, gloves, socks, leggings, tights, hosiery, bras, panties, camisoles, teddies, bustiers, garter belts, shapewear, pajamas, nightshirts and robes; footwear; headwear | 13365049 | 11/04/2013 | 13365049 | 01/14/2015 | 01/13/2025 |
| China P.R. | ROC NATION | | Registered | Studio IP Holdings LLC | 3 | men's eau de toilette, men's fragrances, after-shave lotions | 18055429 | 10/15/2015 | 18055429 | 11/21/2016 | 11/20/2026 |
| China P.R. | ROC NATION | | Registered | Studio IP Holdings LLC | 35 | Advertising; business management assistance; business management consultancy; commercial or industrial management assistance; business management and organization consultancy; document reproduction; word processing; secretarial services; sales promotion for others; online sales promotion for others | 13365048 | 11/04/2013 | 13365048 | 03/14/2015 | 03/13/2025 |
| China P.R. | ROC NATION | | Registered | Studio IP Holdings LLC | 9 | Eyewear, namely, eyeglasses, sunglasses, eyeglass frames, sunglass frames, and accessories, namely, straps and neck cords, cases and related parts therefor | 13365052 | 11/04/2013 | 13365052 | 03/07/2015 | 03/06/2025 |
| China P.R. | ROCA TEAM | | Registered | Iconix China Limited | 14 | Not in our database | 1765533 | 05/14/2012 | 1765533 | 05/14/2012 | 05/13/2022 |
| China P.R. | ROCA TEAM | | Registered | Iconix China Limited | 18 | Not in our database | 1766000 | 05/14/2012 | 1766000 | 05/14/2012 | 05/13/2022 |
| China P.R. | ROCA TEAM | | Registered | Iconix China Limited | 25 | Clothing, clothing made of leather, knitwear [clothing]; woven clothing; outerclothing; shirts; tee-shirts; polo shirts; shorts; golf skirts; trousers, vests; ladies tops; elastic blouses; skirts; jackets [clothing]; coats; shoes; socks; sports shoes; girdles; boots, stockings; panty hose; underclothing; frocks; suits; neckties; top hats (woven); sweater jumpers; tank tops; scarfs; tight blazers | 1746522 | 04/14/2012 | 1746522 | 12/26/2016 | 04/13/2022 |
| China P.R. | ROCA TEAM | | Registered | Iconix China Limited | 9 | Not in our database | 1714123 | 02/14/2012 | 1714123 | 02/14/2012 | 02/13/2022 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 14 | Not in our database | 7029156 | 06/14/2010 | 7029156 | 06/14/2010 | 06/13/2020 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 18 | Not in our database | 7029155 | 09/07/2010 | 7029155 | 09/07/2010 | 09/06/2020 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 24 | Not in our database | 7029154 | 08/28/2010 | 7029154 | 08/28/2010 | 08/27/2020 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 25 | Jeans; jackets [clothing]; trousers; shirts; sweatshirts; sports clothing; ladies tops; vests; baseball caps; hats; tee-shirts; lashing pants; clothing | 20000024641 | 03/06/2000 | 1549404 | 12/26/2016 | 04/06/2021 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 25 | Clothing, underwear; waterproof clothing; stage costumes; football shoes; footwear; hats; belts [clothing]; underpants; tights; sport shoes; trousers; shorts; tee-shirts; sweatshirts; undershirts | 7029153 | 07/07/2014 | 7029153 | 07/07/2014 | 07/06/2024 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| China P.R. | ROCAWEAR | | Registered | | 3 | Perfume | 7029127 | 10/30/2008 | 7029127 | 06/28/2010 | 06/27/2020 |
| China P.R. | ROCAWEAR | | Registered | Studio IP Holdings LLC | 3 | Women's fragrances; lipstick; blush; mascara; eyeliner; lipgloss; men's shower gel (as a component part of a package of other personal care products retailed together as a kit); men's deodorant for personal use as a component parts of a package of other personal care products retailed together as a kit); men's eau de toilette; men's fragrances; men's aftershave | 18055427 | 10/15/2015 | 18055427 | 11/21/2016 | 11/20/2026 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 35 | Not in our database | 7029152 | 08/21/2010 | 7029152 | 08/21/2010 | 08/20/2020 |
| China P.R. | ROCAWEAR | | Registered | Iconix China Limited | 9 | Not in our database | 7029157 | 03/28/2012 | 7029157 | 03/28/2012 | 03/27/2022 |
| China P.R. | ROCAWEAR in black square | | Registered | Iconix China Limited | 14 | Not in our database | 8533499 | 08/14/2011 | 8533499 | 08/14/2011 | 08/13/2021 |
| China P.R. | ROCAWEAR in black square | | Registered | Iconix China Limited | 18 | Not in our database | 8533498 | 08/07/2011 | 8533498 | 08/07/2011 | 08/06/2021 |
| China P.R. | ROCAWEAR in black square | ROCAWEAR | Registered | Iconix China Limited | 24 | Material (Textile -), towel cloth, Plastic material [substitute for fabrics], silk artwork, Felt *, Towels of textile, towel quilt, Pillowcases, Mattress covers, Door curtains, Coverings (Furniture -) of textile, Washing mitts, Bed covers, Bed clothes, Sleeping bags [sheeting]. | 8533497 | 08/07/2011 | 8533497 | 08/07/2011 | 08/06/2021 |
| China P.R. | ROCAWEAR in black square | ROCAWEAR | Registered | Iconix China Limited | 25 | Not in our database | 8533496 | 02/28/2012 | 8533496 | 02/28/2012 | 02/27/2022 |
| China P.R. | ROCAWEAR in Chinese Characters | 洛卡微尔 | Registered | Iconix China Limited | 14 | Not in our database | 8533501 | 08/14/2011 | 8533501 | 08/14/2011 | 08/13/2021 |
| China P.R. | ROCAWEAR in Chinese Characters | 洛卡微尔 | Registered | Iconix China Limited | 18 | Not in our database | 8473452 | 07/21/2011 | 8473452 | 07/21/2011 | 07/20/2021 |
| China P.R. | ROCAWEAR in Chinese Characters | 洛卡微尔 | Registered | Iconix China Limited | 24 | Not in our database | 8533500 | 08/07/2011 | 8533500 | 08/07/2011 | 08/06/2021 |
| China P.R. | ROCAWEAR in Chinese Characters | 洛卡微尔 | Registered | Iconix China Limited | 25 | Not in our database | 8473451 | 07/21/2011 | 8473451 | 07/21/2011 | 07/20/2021 |
| China P.R. | ROCAWEAR plus RW Design | Rocawear | Registered | Iconix China Limited | 25 | Jackets; trousers; jeans; outerclothing; tee-shirts; sweaters; skirts; shirts; waistcoats; shoes; hats | 3481960 | 03/11/2003 | 3481960 | 09/21/2006 | 09/20/2026 |
| China P.R. | RW (Stylized) | ℞ | Registered | Iconix China Limited | 14 | Not in our database | 7029149 | 03/21/2012 | 7029149 | 03/21/2012 | 03/20/2022 |
| China P.R. | RW (Stylized) | ℞ | Registered | Iconix China Limited | 18 | Not in our database | 7029148 | 02/28/2012 | 7029148 | 02/28/2012 | 02/27/2022 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| China P.R. | RW (Stylized) | ℜ | Registered | Iconix China Limited | 24 | Not in our database | 7029137 | 02/28/2012 | 7029137 | 02/28/2012 | 02/27/2022 |
| China P.R. | RW (Stylized) | ℜ | Registered | Iconix China Limited | 35 | Not in our database | 7029135 | 08/28/2010 | 7029135 | 08/28/2010 | 08/27/2020 |
| China P.R. | RW (Stylized) | ℜ | Registered | Iconix China Limited | 9 | Not in our database | 7029150 | 10/07/2010 | 7029150 | 10/07/2010 | 10/06/2020 |
| China P.R. | RW ROCAWEAR Design | ℜ ROCAWEAR | Registered | Iconix China Limited | 14 | Chronometrical instruments,Ornaments [jewellery, jewelry (Am.)],Precious metals, unwrought or semi-wrought,Alloys of precious metal,Boxes of precious metal,horn,bone,teeth jewelry and arts,Jewelry,Watches,electron all ages desk calendar,Clocks, | 14232084 | 03/24/2014 | 14232084 | 08/14/2016 | 08/13/2026 |
| China P.R. | RW ROCAWEAR Design | ℜ ROCAWEAR | Registered | Iconix China Limited | 18 | Not in our database | 14232083 | 05/07/2015 | 14232083 | 05/07/2015 | 05/06/2025 |
| China P.R. | RW ROCAWEAR Design | ℜ ROCAWEAR | Registered | Iconix China Limited | 24 | Not in our database | 14232082 | 05/07/2015 | 14232082 | 05/07/2015 | 05/06/2025 |
| China P.R. | RW ROCAWEAR Design | ℜ ROCAWEAR | Filed | Iconix China Limited | 25 | Layettes [clothing]; swimsuits; waterproof clothing; masquerade costumes; footwear; headgear for wear; hosiery; gloves [clothing]; neckties; belts [clothing]; shower caps; sleep masks; wedding dresses | 14232081 | 03/24/2014 | | | |
| China P.R. | RW ROCAWEAR Design | ℜ ROCAWEAR | Registered | Studio IP Holdings, LLC | 3 | Perfumes | 14232086 | 03/24/2014 | 14232086 | 05/07/2015 | 05/06/2025 |
| China P.R. | RW ROCAWEAR Design | ℜ ROCAWEAR | Registered | Iconix China Limited | 9 | Not in our database | 14232085 | 05/06/2017 | 14232085 | 02/23/2017 | 02/22/2027 |
| China P.R. | TEAM ROC | | Registered | Studio IP Holdings LLC | 18 | All purpose sports bags, waist packs, back packs, book bags, fanny packs, duffle bags, athletic bags, gym bags, sack packs, day packs | 10005138 | 09/26/2011 | 10005138 | 08/07/2013 | 08/06/2023 |
| China P.R. | TEAM ROC | | Registered | Studio IP Holdings LLC | 25 | Men's, women's and children's apparel, namely, belts, shoes, ties, jeans, sweatshirts, sweatpants, shorts, coats, skirts, dresses, headwear, undergarments, underwear, swimwear and socks; footwear; knitwear and woven wear namely, | 10005137 | 09/26/2011 | 10005137 | 07/07/2015 | 07/06/2025 |
| China P.R. | TEAM ROC | | Registered | Studio IP Holdings LLC | 3 | men's eau de toilette, men's fragrances, after-shave lotions | 18055428 | 10/15/2015 | 18055428 | 11/21/2016 | 11/20/2026 |
| China P.R. | TEAM ROC | | Registered | Studio IP Holdings LLC | 32 | Non-alcoholic drinks, namely, energy shots, sports drinks and energy drinks | 10005136 | 09/26/2011 | 10005136 | 11/28/2012 | 11/27/2022 |
| China P.R. | TEAM ROC | | Registered | Studio IP Holdings LLC | 5 | Vitamin and mineral supplements in the form of sprays, liquid drops, liquid, capsules, tablets, caplets, powder, syrups, gummies and gels; vitamin and mineral enriched chewing gum; protein supplements; herbal supplements; vitamin, mineral or nutritionally enhanced water, orally ingested gel for boosting energy; oral spray for boosting energy; oral drops for boosting energy; energy boosting bars for use as a meal substitute, energy booty mouth-dissolvable flavored edible films; nutritional supplements in the form of food bars | 10005321 | 09/26/2011 | 10005321 | 12/07/2012 | 12/06/2022 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| China P.R. | TeamRoc R & Device | | Registered | Iconix China Limited | 25 | Swimsuits | 3924509 | 02/24/2004 | 3924509 | 12/26/2016 | 09/06/2017 |
| Costa Rica | ROCAWEAR plus RW design | ROCAWEAR | Registered | Iconix Latin America LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, boots, underwear, dresses, suits, ties, hats, caps, shirt tank tops, scarves and footwear | 2293-2003 | 04/22/2003 | 142894 | 12/04/2003 | 12/04/2023 |
| Croatia | ROCAWEAR | | Registered | Iconix Europe LLC | 18 | Bags, namely, handbags, shoulder bags, back packs, messenger bags, duffel bags, tote bags, hold-alls and luggage | Z20111218 | 06/24/2011 | Z20111218 | 06/24/2011 | 06/24/2021 |
| Croatia | ROCAWEAR | | Registered | Iconix Europe LLC | 25 | Men's, women's and children's clothing, namely, jeans, jackets, pants, knit sirts, shirts, sweaters, tops, vests, drawstring pants, pants, tee shirts, polo shirts, coats, sweat shirts, sweatshirts with hoods, sweat pants, shorts, blouses, tank tops, dresses, skirts, underwear, socks, belts, scarves, headwear, footwear | Z20111219 | 06/24/2011 | Z20111219 | 06/24/2011 | 06/24/2021 |
| Cuba | ROCAWEAR | | Registered | Iconix Latin America LLC | 25 | Men's and women's clothing, namely, shirts, tee shirts, pants, jeans, jackets, sweaters, vests, sweat shirts, blouses, skirts, dresses, headgear and footwear | 2002-05585 | 07/12/2002 | 2002-05585 | 11/02/2004 | 07/12/2022 |
| Cuba | ROCAWEAR plus RW design | ROCAWEAR | Registered | Iconix Latin America LLC | 25 | Not in our database | 2003-250 | 04/16/2003 | 2003-0250 | 02/08/2005 | 04/16/2023 |
| Dominican Republic | ROCAWEAR | | Registered | Iconix Latin America LLC | 25 | Clothing, footwear, headwear | 2014-26967 | 09/18/2014 | 216390 | 12/01/2014 | 12/01/2024 |
| Ecuador | ROCAWEAR plus RW design | ROCAWEAR | Registered | Iconix Latin America LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, boots, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | 133096 | 04/16/2003 | 27460 | 12/15/2003 | 12/15/2023 |
| Egypt | ROCAWEAR plus RW design | ROCAWEAR | Registered | Studio IP Holdings LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, sweat pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | 161976 | 09/13/2003 | 161976 | 02/27/2007 | 09/12/2023 |
| El Salvador | ROCAWEAR plus RW design | ROCAWEAR | Registered | Iconix Latin America LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, boots, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | 2003003650 | 04/22/2003 | 87/15/175-176 | 06/18/2004 | 06/18/2024 |
| European Union | 9 IX ROCAWEAR plus RW Design | 9 IX ROCAWEAR | Registered | Iconix Europe LLC | 3, 14, 25 | 5 - Soaps; perfumery, essential oils, cosmetics, hair lotions 14 - Precious metals and their alloys and goods in precious metals or coated therewith, not included in other classes; jewellery, precious stones; horological and chronometric instruments; watches 25 - Clothing, footwear, headgear, in particular hats, belts, socks, undergarments and scarves | 6529291 | 01/22/2008 | 6529291 | 11/25/2008 | 01/31/2018 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| European Union | BROOKLYN'S OWN | | Registered | Iconix Europe LLC | 9, 18, 25 | 9 - Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; compact discs, DVDs and other digital recording media; mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment, computers; computer software; fire-extinguishing apparatus; eyeglass frames; sunglass frames; eyeglasses; sunglasses; cases and accessories for eyewear 18 - Leather and imitation leather, animal skins, hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips, harness and saddlery; bags, handbags; purses; shoulder bags; back packs; clutches; messenger bags; tote bags; fanny packs; knapsacks; duffel bags; wallets; credit card holders; luggage; travel bags; sports bags; overnight bags; cosmetic bags sold empty; cross-body bags; key cases; coin purses; umbrellas 25 - Clothing, footwear, headgear; shirts; pants; jeans; shorts; sweatshirts; sweatpants; hooded sweatshirts; coats; jackets; vests; rainwear; dresses; skirts; blouses; tops; underwear; lingerie; sleepwear; swimwear; socks; leggings; tights; hosiery; belts; scarves, gloves, shoes; boots; hats; caps | 13314505 | 10/01/2014 | 13314505 | 03/03/2015 | 10/31/2024 |
| European Union | R (Stylized) | ℛ | Registered | Iconix Europe LLC | 14, 18, 25 | 14 - Jewelry; earrings, rings, necklaces, bracelets, pendants, cuff links and watches; horological and chronometric instruments; goods of precious metal or coated therewith 18 - Trunks and traveling bags; luggage, bags and cases; handbags, back packs, shoulder bags, tote bags, evening bags, suitcases, briefcases, knapsacks, wallets; goods made of leather or of imitation leather; umbrellas 25 - Clothing, footwear and headgear; boots, shoes and sandals; gymnastic shoes and tennis shoes; jeans, t-shirts, shirts, shorts, skirts, jackets, sweaters, coats, dresses, pants, trousers, undergarments, underwear, socks and hats; bathing suits; swimwear; lingerie; wraps; mens and womens clothing; vests, sweat shirts, blouses | 4426061 | 05/05/2005 | 4426061 | 03/17/2006 | 05/31/2025 |
| European Union | ROC NATION | | Registered | Studio IP Holdings LLC | 3 | Shower gel, deodorant for personal use (but, with respect to shower gel and deodorant, only as component parts of a package of other personal care products retailed together as a kit), fragrances, and aftershave, all the foregoing for use by men | 012222031 | 10/14/2013 | 012222031 | 07/10/2015 | 10/31/2023 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| European Union | ROC NATION | | Registered | Studio IP Holdings LLC | 9, 14, 18, 25, 35 | 9 - Eyewear, namely, eyeglasses, sunglasses, eyeglass frames, sunglass frames, and accessories, namely, straps and neck cords, cases and related parts therefor 14 - Jewelry and watches 18 - Bags, namely, handbags, shoulder bags, tote bags, backpacks, knapsacks, wallets, luggage, all-purpose sports bags, duffel bags, waist packs, sack packs, messenger bags, cross-body bags, garment bags for travel, toiletry bags sold empty, leather key chains 25 - Clothing, namely, shirts, t-shirts, tops, blouses, sweatshirts, hooded sweatshirts, sweatpants, jackets, coats, blazers, rainwear, vests, pants, shorts, jeans, sweaters, underwear, thermal underwear, swimwear, jerseys, dresses, skirts, belts, suspenders, neckwear, scarves, gloves, socks, leggings, tights, hosiery, bras, panties, camisoles, teddies, bustiers, garter belts, shapewear, pajamas, nightshirts and robes; footwear; headwear 35 - Retail and online retail store services featuring clothing, footwear, headwear, jewelry, watches, bags, eyewear and accessories | 12933180 | 10/14/2013 | 12933180 | 06/04/2014 | 10/31/2023 |
| European Union | ROCAWEAR plus RW design | ROCA✥WEAR | Registered | Iconix Europe LLC | 3, 9, 14, 18, 25 | 3 - Toilet preparations; perfumes, eau de parfum and colognes; fragrances; cosmetics; toiletries; soaps; perfumery; essential oils, anti-perspirants and deodorants for personal use; bath and shower products; non-medicated toilet preparations 9 - Optical apparatus and instruments; eyewear, eyeglasses; sunglasses; lenses; eyeglass cases and sunglass cases; parts and fittings for all the aforesaid goods 14 - Jewelry; earrings, rings, necklaces, bracelets, pendants, cuff links and watches; horological and chronometric instruments; goods of precious metal or coated therewith 18 - Trunks and traveling bags; luggage, bags and cases; handbags, back packs, shoulder bags, tote bags, evening bags, suitcases, briefcases, knapsacks, wallets; goods made of leather or of imitation leather; umbrellas 25 - Clothing, footwear and headgear; boots, shoes and sandals; gymnastic shoes and tennis shoes; jeans, t-shirts, shirts, shorts, skirts, jackets, sweaters, coats, dresses, pants, trousers, undergarments, underwear, socks, and hats; bathing suits; swimwear; lingerie; wraps; mens and womens clothing, vests, sweat shirts, blouses | 2360238 | 08/31/2001 | 2360238 | 01/31/2003 | 08/31/2021 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| European Union | ROCAWEAR | | Registered | Iconix Europe LLC | 3, 9, 18, 25 | 3 - Toilet preparations; perfumes, eau de parfum and colognes; fragrances; cosmetics; toiletries; soaps; perfumery, essential oils; anti-perspirants and deodorants for personal use; bath and shower products; non-medicated toilet preparations<br>9 - Optical apparatus and instruments; eyewear, eyeglasses; sunglasses; lenses; eyeglass cases and sunglass cases; parts and fittings for all the aforesaid goods<br>18 - Trunks and travelling bags; luggage, bags and cases; handbags, back packs, shoulder bags, tote bags, evening bags, suitcases, briefcases, knapsacks, wallets; goods made of leather or of imitation leather; umbrellas<br>25 - Clothing, footwear, and headgear; boots, shoes and sandals; gymnastic shoes and tennis shoes; jeans, t-shirts, shirts, shorts, skirts, jackets, sweaters, coats, dresses, pants, trousers, undergarments, underwear, socks, and hats; bathing suits; swimwear; lingerie; wraps; men's and women's clothing; vests, sweat shirts, blouses | 010194892 | 08/12/2011 | 010194892 | 03/06/2013 | 08/31/2021 |
| European Union | ROCAWEAR | | Registered | Iconix Europe LLC | 9 | protective covers and carrying cases for portable music players, namely, MP3 players; personal digital assistants; portable media players; handheld video games; cell phones; laptops | 9409863 | 09/29/2010 | 9409863 | 03/06/2011 | 09/30/2020 |
| European Union | ROCAWEAR | | Registered | Iconix Europe LLC | 9 | Electronic fitness wristbands | 13493036 | 11/24/2014 | 13493036 | 04/28/2015 | 11/30/2024 |
| European Union | ROCAWEAR | | Registered | Iconix Europe LLC | 9, 35 | 9 - Ear buds, earphones, headphones and speakers; accessories for smart phones, mobile phones, cell phones, tablet computers, laptop computers and computers, namely, protective skins in the nature of fitted plastic skins for covering and protection, protective cases, protective covers, screen protectors, docking stations, stands, battery chargers, electric cables, stylus, and battery packs; USB flash drives; lanyards for holding cell phones and mobile phones, straps for cell phones and mobile phones; decals for cell phones, mobile phones, tablet computers and laptop computers; decorative charms for cell phones and mobile phones<br>35 - Retail and online retail store services clothing, footwear, headwear, personal care products, eyewear, personal consumer electronics, bags, and accessories | 13129697 | 07/31/2014 | 13129697 | 12/01/2014 | 07/31/2024 |
| European Union | ROCAWEAR EVOLUTION | | Registered | Iconix Europe LLC | 3 | Fragrances, eau de toilettes, colognes, after-shaves, body sprays, deodorants, antiperspirants, and shower gels | 009718164 | 02/08/2011 | 9718164 | 07/05/2011 | 02/28/2021 |
| European Union | TEAM ROC | | Registered | Studio IP Holdings LLC | 3 | Fragrances; body cream; body lotion; body scrub; body splash; deodorant for personal use; shampoos; bath soaps; shower and bath gel; non-medicated toiletries | 10255388 | 09/09/2011 | 105255388 | 06/27/2015 | 09/30/2021 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| European Union | TEAM ROC | | Registered | Studio IP Holdings LLC | 5, 14, 18, 25, 30 | 5 - Vitamin and mineral supplements in the form of sprays, liquid drops, liquid, capsules, tablets, caplets, powder, syrups, gummies and gels; vitamin and mineral enriched chewing gum; protein supplements; herbal supplements; mineral or nutritionally enhanced water; orally ingested gel for boosting energy; oral spray for boosting energy; oral drops for boosting energy; energy boosting bars for use as a meal substitute; energy booty mouth-dissolvable flavored edible films; nutritional supplements in the form of food bars 14 - Timepieces; watches; watchbands 18 - All purpose sports bags, waist packs, back packs, book bags, fanny packs, duffle bags, athletic bags; gym bags, sack packs, day packs 25 - Men's, women's and children's apparel, in particular, belts, shoes, ties; clothing, namely, jeans, sweatshirts, sweatpants, shorts, coats, skirts, dresses, headwear, undergarments, underwear, swimwear and socks; footwear; knitwear and woven wear namely, sweaters and scarves; t-shirts; pants; outerwear, namely, jackets and gloves 30 - Energy boosting bars for use as a meal substitute; energy boosting mouth-dissolving flavored edible films | 12846069 | 05/06/2014 | 12846069 | 05/08/2014 | 05/31/2024 |
| European Union | TEAM ROC plus Design | [logo] | Registered | Studio IP Holdings LLC | 9, 18, 25 | 9 - Optical apparatus and instruments; eyewear, eyeglasses; sunglasses; lenses; eyeglass cases and sunglass cases; parts and fittings for all the aforesaid goods 18 - Trunks and travelling bags; luggage, bags and cases; handbags, back packs, shoulder bags, tote bags, evening bags, suitcases, briefcases, knapsacks, wallets; goods made of leather or of imitation leather; umbrellas 25 - Clothing, footwear and headgear; boots, shoes and sandals; gymnastic shoes and tennis shoes; jeans, t-shirts, shirts, shorts, skirts, jackets, sweaters, coats, dresses, pants, trousers, undergarments, underwear, socks, and hats; bathing suits; swimwear; lingerie; wraps; mens and womens clothing; vests, sweatshirts, blouses; belts; gloves | 3702743 | 03/10/2004 | 3702743 | 05/26/2005 | 03/31/2024 |
| France | ROCAWEAR | | Registered | Studio IP Holdings LLC | 25 | Men's, women's and children's clothing, namely, pants, jeans, shirts, t-shirts, skirts, sweaters, sweat shirts, sweat pants, blouses, dresses, blouses, suits, hats, socks, undergarments, socks and footwear | 073522745 | 09/05/2007 | 073522745 | 09/05/2007 | 09/30/2017 |
| France | ROCAWEAR plus RW design | ROCA✺WEAR | Registered | Studio IP Holdings LLC | 25 | Men's, women's and children's clothing, namely, pants, jeans, shirts, t-shirts, skirts, sweaters, sweat shirts, sweat pants, blouses, dresses, blouses, suits, hats, socks, undergarments, socks and footwear | 073522741 | 09/05/2007 | 073522741 | 09/05/2007 | 09/30/2017 |
| Guatemala | ROCAWEAR plus RW design | ROCA✺WEAR | Registered | Iconix Latin America LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, boots, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | 2570-2003 | 04/21/2003 | 126559 | 10/27/2003 | 10/26/2023 |
| Honduras | ROCAWEAR plus RW design | ROCA✺WEAR | Registered | Iconix Latin America LLC | 25 | Men's, women's and children's clothing, namely, jeans, pants, shirts, t-shirts, jackets, vests, sweaters, blouses, skirts, shorts, coats, socks, belts, boots, underwear, dresses, suits, ties, hats, caps, tank tops, scarves and footwear | 10195/2003 | 04/24/2003 | 91739 | 08/17/2004 | 08/17/2024 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hong Kong | R+ Design | (image) | Registered | Iconix China Limited | 18, 25 | 18 - Leather and imitations of leather, and goods made of these materials and not included in other classes; animal skins, hides; trunks and travelling bags; umbrellas, parasols and walking sticks; whips, harness and saddlery; cattle skins, gold beaters' skin, calf skins, leather board, cured skins, unworked or semi-worked leather, imitation leather, chamois leather (other than for cleaning purposes), netted bags for shopping, beach bags, passport holders of leather, trimmings of leather for furniture, card cases of leather, musical score cases, game bags (hunting accessory), straps for ice skates, traveling bags, valises, traveling trunks, travelling sets (leatherware), garment bags for travel, bags for climbers, leather belts, straps of leather (saddlery), leather mats, tool bags of leather (empty), boxes of leather or leather board, bands of leather, valves of leather, leather shoulder straps, leather cold mats, leather thongs, leather thread, cases of leather or leather board, furniture coverings of leather, hat boxes of leather, leather laces, purses, leatheroid box, handbags, handbag frames, suitcase handles, school satchels, pocket wallets, coverings of skin (furs), bags for campers, clothes chests, vanity cases (not fitted), Key cases of leather, pouches of leather for packaging, envelopes of leather for packaging, sling bags for carrying infants, backpacks, trunks (luggage), wheeled shopping bags, casings of leather for springs, haversacks, canvas boxes, chain mesh purses (not of precious metal), purses (not of precious metal), briefcases, attaché cases, shopping bags, fur, moleskin (imitation of leather), fur-skins, animal skins, kid skins, parasols, umbrellas, umbrella covers, walking sticks, canes, mountaineering sticks, alpenstocks, saddlery, clothing for pets, collars for animals, gut for making sausages, harness fittings of precious metal, purses of precious metal; chain mesh purses of precious metal<br><br>25 - Clothing, footwear, headgear; overalls, smocks, underclothing, dressing gowns, sleeping gowns, chemisettes (shirt fronts), tights, anti-sweat underclothing, sweat-absorbent underclothing, corsets (underclothing), vests, singlets, beach clothes, pyjamas, brassieres, bath robes, petticoats, slips (underclothing), teddies (underclothing), underpants, dress shields, shoulder wraps, collar protectors, shirt fronts, detachable collars, ready-made linings (parts of clothing), shirt yokes; cuffs, pockets for clothing, dust coats, down clothing, cheong-sams, bellybands for women, special functional dress (magnetism, infrared), bra pads (chest liners, chest pads), infra-red clothes, photographers' vests, clothing for children, underwear, sweaters, shirts, jumpers (shirt fronts), fur clothing, suits, ready-made clothing, breeches (for wear), trousers, outer clothing, knitwear (clothing) gabardines (clothing), waistcoats, top coats, skirts, liveries, sports jerseys, pelisses, pullovers frocks, coats, loose coats, togas, uniforms, stuffed jackets, jackets, paper clothing, parkas, clothing of imitation leather, clothing of leather, t-shirts, fishing vests, camisoles, pants, bodices, babies' pants, babies' napkins of textile, babies' diapers of textile, layettes (clothing), bibs (not of paper), baby sleeping bags, motorists' clothing, wet suits for water-skiing, cyclists' clothing, bathing caps, bathing trunks, bathing suits, clothing for gymnastics, clothing for judo, clothing for | 301281230 | 02/05/2009 | 301281230 | 02/05/2009 | 02/04/2019 |
| Hong Kong | ROCA TEAM | | Registered | Iconix China Limited | 14 | Jewelry and watches; all included in Class 14 | 200203428 | 01/22/2001 | 200203428 | 01/22/2001 | 01/22/2018 |
| Hong Kong | ROCA TEAM | | Registered | Iconix China Limited | 18 | Backpacks, totebags, fanny packs, duffel bags; all included in Class 18 | 200203429 | 01/22/2001 | 200203429 | 01/22/2001 | 01/22/2018 |
| Hong Kong | ROCA TEAM | | Registered | Iconix China Limited | 25 | Men's, women's and children's apparel, footwear, leatherwear, knitwear, wovenwear, outerwear, house coats and pajamas, shirt, T-shirt, polo shirts, shorts, skorts, pants, vests, tops, blouses, skirts, jackets coats, shoes, socks, sneakers, belts, boots, stockings, pantyhose, underwear, dresses, suits, ties, hats, caps, sweaters, tank tops, scarves and crop tops; all included in Class 25 | 200203430 | 01/22/2001 | 200203430 | 01/22/2001 | 01/22/2018 |
| Hong Kong | ROCAWEAR | | Registered | Iconix China Limited | 25 | Men's, women's and children's clothing, jeans, jackets, pants, shirts, sweaters, sportswear, outerwear, tops, vests, drawstring pants, baseball caps, hats and T-shirts; all included in Class 25 | 2000/01597 | 01/27/2000 | 2001/00547 | 01/27/2000 | 01/27/2027 |

| Country | Mark | Design | Status | Current Owner | Class(es) | Goods/Services | App. No. | App. Date | Reg. No. | Reg. Date | Renewal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hong Kong | ROCAWEAR | | Registered | Studio IP Holdings LLC | 3 | Bleaching preparations and other substances for laundry use, cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices; laundry glaze, laundry wax, laundry blueing, laundry soaking preparations, javelle water, laundry preparations, washing preparations, colour-brightening chemicals (for laundry use), fabric softeners (for laundry use), dry-cleaning preparations, bath salts, soaps, shaving soaps, hair lotions, disinfectant soaps, quillaia bark for washing, medicated soaps, shampoos, soaps for foot perspiration, deodorant soaps, toilet soaps, antiperspirant soaps, hand washing gels, shampoo powder, soft soaps for washing hair, hair softeners, hair conditioners, facial cleansing milks, bath lotions, anti-bacteria hand wash, bleaching salts, bleaching soda, laundry bleach, potassium hypochloride, bleaching preparations (for laundry use), laundry starch glaze, laundry starch, soaps for brightening textiles, antiseptic shaving stones, whiting, stain removers, washing soda, anti-static preparations for household purposes, colour-removing preparations, oils for cleaning purposes, cleansing milk for toilet purposes, toilet detergents, jewellers' rouge, polishing rouge, shoe cream, shoe wax, pastes for razor strops, creams for leather, polishing paper, polish, shoe powder, emery paper, emery cloth, emery, glass paper, polishing stones, pumice stones, almond oils, badian essences, bergamot oils, cedarwood oils, citron oils, lemon oils, ethereal essences, extracts of flowers (perfumes), bases for flower perfumes, oils for perfumes and scents, rose oils, mint essences, musk (perfumery), perfumery, terpenes (essential oils), aromatics (essential oils), vanilla oils, eucalyptus oils, coconut oils, adhesives for affixing false hair, amber (perfume), lipsticks, cotton sticks for cosmetic purposes, beauty masks, skin whitening creams, nail varnish, make-up preparations, hair colorants, hair perming preparations, false eyelashes, cosmetic preparations for eyelashes, moustache wax, eau de cologne, colorants for toilet purposes, cotton wool for cosmetic purposes, cosmetic pencils, cosmetic creams, make-up-removing preparations, varnish-removing preparations, lavender water, scented water, toilet water, depilatory preparations, make-up, | 301106559AA | 04/30/2008 | 301106559AA | 04/30/2008 | 04/29/2018 |
| | | | | | | | | | | | |