Case Tracking System
## U.S. Trademark Summary Report
### ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status §8 Due §15 Due Renewal Due |
|---|---|---|---|---|---|---|
| RW-01 | RW (Block Letters) | 25 | 11/8/2002 76/465,489 | | ROA: SOU: | Abandoned |
| RW-02 | ROCA | 25 | 5/10/1999 75/701,875 | 8/13/2002 2,607,833 | ROA: SOU:3/19/2002 | Registered 8/13/2008 8/13/2008 8/13/2012 |
| RW-03 | ROCAWEAR plus Design | 25 | 7/21/1999 75/757409 | 10/21/1999 | ROA: SOU: | Abandoned |
| RW-04 | Miscellaneous Design | 25 | 7/21/1999 75/757292 | 5/30/2000 | ROA: SOU: | Abandoned |
| RW-05 | ROCA BABY | 3,9,14,25 | 1/6/2000 75/889198 | | ROA: SOU:12/17/2003 | Abandoned |
| RW-06 | ROCA | 25 | 1/23/1989 73/776,391 | 2/6/1990 1581629 | ROA: SOU: | Abandoned 2/6/1996 2/6/1996 2/7/2000 |
| RW-07 | ROCA | 9,14,25 | 1/6/2000 75/889677 | | ROA: SOU: | Abandoned |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07

Date: March 29, 2007

Case Tracking System
U.S. Trademark Summary Report
ROCAWEAR LICENSING LLC

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status § 8 Due § 15 Due Renewal Due |
|---|---|---|---|---|---|---|
| RW-08 | ROCAWEAR plus Design | 14 | 1/27/2000 76/023,483 | 10/18/2005 3,007,571 | ROA: SOU:5/9/2005 | Registered 10/18/2011 10/18/2011 10/19/2015 |
| RW-09 | ROCA SPORT | 25 | 12/13/2002 76/476040 | | ROA: SOU:12/8/2004 | Abandoned |
| RW-10 | | | | | | |
| RW-11 | ROCA | 25 | 3/13/2000 75/942609 | 6/11/2002 2,579,733 | ROA: SOU:1/31/2002 | Registered 6/11/2008 6/11/2008 6/11/2012 |
| RW-12 | ROCAWEAR | 18 | 1/23/2001 76/198,637 | 1/28/2003 2,681,721 | ROA: SOU:6/25/2002 | Registered 1/28/2009 1/28/2009 1/28/2013 |
| RW-13 | ROCAWEAR | 25 | 4/6/1999 75/676,741 | 3/6/2001 2,434,124 | ROA: SOU: | Registered 3/6/2007 3/6/2007 3/7/2011 |
| RW-14 | ROCAWEAR plus Design | 3 | 8/21/2001 76/301,744 | | ROA: SOU:2/28/2007 | Pending |
| RW-15 | ROCAWEAR plus Design | 14 | 8/21/2001 76/301742 | | ROA: SOU: | Abandoned |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountinued as of 12/31/07

Page 2

Date: March 29, 2007

Case Tracking System
U.S. Trademark Summary Report
ROCAWEAR LICENSING LLC

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status § 8 Due § 15 Due Renewal Due |
|---|---|---|---|---|---|---|
| RW-16 | ROCAWEAR plus Design | 5 | 8/21/2001 76/301746 | | ROA: SOU:6/25/2003 | Abandoned |
| RW-17 | ROCAWEAR plus Design | 9 | 8/21/2001 76/301740 | 3/15/2005 2,933,532 | ROA: SOU:12/18/2004 | Registered 3/15/2011 3/15/2011 3/16/2015 |
| RW-18 | ROCAWEAR plus Design | 12 | 8/21/2001 76/301743 | | ROA: SOU:7/9/2004 | Abandoned |
| RW-19 | ROCAWEAR plus Design | 21 | 8/21/2001 76/301745 | | ROA: SOU:7/23/2004 | Abandoned |
| RW-20 | ROCAWEAR plus Design | 18 | 8/21/2001 76/301741 | 11/4/2003 2,780,202 | ROA: SOU:6/18/2003 | Registered 11/4/2009 11/4/2009 11/4/2013 |
| RW-21 | Rocawear plus Design | 24 | 4/24/2003 76/514,875 | | ROA: SOU:9/25/2006 | Abandoned |
| RW-23 | Rocawear plus Design | 25 | 1/27/2000 75/982139 | 10/15/2002 2,633,943 | ROA: SOU: | Registered 10/15/2008 10/15/2008 10/15/2012 |
| RW-24 | | | | | | |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07

Case Tracking System
U.S. Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status §8 Due §15 Due Renewal Due |
|---|---|---|---|---|---|---|
| RW-25 | | | | | | |
| RW-26 | | | | | | |
| RW-27 | | | | | | |
| RW-28 | | | | | | |
| RW-29 | RW Flame Design | 25 | 11/8/2002 76/465490 | 11/11/2003 2,781,618 | ROA: SOU: | Registered 11/12/2009 11/12/2009 11/12/2013 |
| RW-30 | RW Flame Design | 14 | 7/3/2003 76/527454 | | ROA: SOU: | Abandoned |
| RW-31 | R Stitch Design | 25 | 9/11/2003 76/546,855 | 12/28/2004 2,914,980 | ROA: SOU:2/24/2005 | Registered 12/28/2010 12/28/2010 12/29/2014 |
| RW-32 | Rocawear plus RW Design | 35 | 9/26/2003 76/552,369 | 3/6/2007 3,216,113 | ROA: SOU:3/21/2007 | Registered 3/6/2013 3/6/2013 3/6/2017 |

Page 4

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountinued as of 12/31/07

Case Tracking System
U.S. Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | ROA Due / SOU Due | Status §8 Due / §15 Due / Renewal Due |
|---|---|---|---|---|---|---|
| * RW-33 | Team Roc plus Design | 25 | 12/9/2003 76/566008 | 7/26/2005 2,977,920 | ROA: <br> SOU:9/22/2005 | Registered 7/26/2011 7/26/2011 7/27/2015 |
| RW-34 | | | | | | |
| RW-35 | ROC plus Design (purchased) | 25,28 | 3/11/1999 75/658,205 | 10/22/2002 2,640,040 | ROA: <br> SOU: | Registered 10/22/2008 10/22/2008 10/22/2012 |
| RW-36 | Neck Label Placement | 25 | 3/31/2004 76/584189 | | ROA: <br> SOU: | Abandoned |
| RW-37 | Rocawear Muse | 25 | 5/17/2004 76/592517 | | ROA: <br> SOU: | Abandoned |
| RW-38 | Washhouse Project by Rocawear (Stylized) | 25 | 5/17/2004 76/592721 | | ROA:1/13/2005 <br> SOU:8/9/2006 | Abandoned |
| RW-39 | | | | | | |
| RW-39 | | | | | | |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07

Case Tracking System
## U.S. Trademark Summary Report
### ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status § 8 Due § 15 Due Renewal Due |
|---|---|---|---|---|---|---|
| RW-39 | | | | | | |
| RW-40 | | | | | | |
| RW-41 | | | | | | |
| RW-43 | Rocawear plus RW Design | 28 | 9/16/2004 76/612,241 | 11/8/2005 3,012,787 | ROA: _____ SOU: _____ | Registered 11/8/2011 11/8/2011 11/9/2015 |
| RW-44 | Rocawear plus RW Design | 9 | 9/16/2004 76/612,239 | | ROA: _____ SOU:5/22/2007 | Pending |
| * RW-45 | Team Roc plus Design | 9 | 9/16/2004 76/612,240 | | ROA: _____ SOU: _____ | Pending |
| RW-46 | Rocawear plus RW Design | 12 | 11/15/2004 76/620,454 | | ROA: _____ SOU:11/22/2006 | Pending |
| RW-47 | ROC | 9 | 2/8/2005 78/562,436 | 2/21/2006 3,060,218 | ROA: _____ SOU: _____ | Registered 2/21/2012 2/21/2012 2/22/2016 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountined as of 12/31/07

Case Tracking System
## U.S. Trademark Summary Report
### ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | ROA Due / SOU Due | Status / § 8 Due / § 15 Due / Renewal Due |
|---|---|---|---|---|---|---|
| RW-48 | R Shield Design | 25 | 5/2/2005 76/637,577 | 11/14/2006 3,170,436 | ROA:6/1/2006 SOU: | Registered 11/14/2012 11/14/2012 11/14/2016 |
| RW-49 | R Knit Design | 25 | 5/2/2005 76/637,576 | | ROA:6/2/2006 SOU: | Pending |
| RW-49 | R Knit Design | 25 | 5/2/2005 76/637,576 | | ROA:3/27/2007 SOU: | Pending |
| RW-50 | R Stylized (Left) | 25 | 8/2/2005 78/683,661 | | ROA:5/7/2007 SOU:10/25/2006 | Pending |
| RW-51 | R Stylized (Right) | 25 | 8/2/2005 78/683,689 | | ROA:5/7/2007 SOU:10/25/2006 | Pending |
| RW-52 | Rock For Life | 25 | 1/6/2006 78/786,690 | | ROA: SOU: | Abandoned |
| RW-53 | Bella Roc | 25 | 2/6/2006 78/807,854 | | ROA: SOU: | Pending |

\* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07

Case Tracking System
U.S. Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status § 8 Due § 15 Due Renewal Due |
|---|---|---|---|---|---|---|
| RW-54 | We Run The Strip | 25 | 2/27/2006 78/824,046 | 12/5/2006 3,180,987 | ROA: <br> SOU: | Registered 12/5/2012 12/5/2012 12/5/2016 |
| RW-55 | R Rope Design | 25 | 5/30/2006 78/895,985 | | ROA: <br> SOU:9/27/2007 | Pending |
| RW-56 | Rocawear plus Skull & Bones | 25 | 5/30/2006 78/894,136 | | ROA: <br> SOU: | Pending |
| RW-57 | Rocawear plus Skull & Bones | 18 | 5/30/2006 78/895,515 | | ROA: <br> SOU: | Pending |
| RW-58 | Rocawear plus Skull & Bones | 14 | 5/30/2006 78/895,554 | | ROA: <br> SOU: | Pending |
| RW-59 | Sleep RW Sexy | 25 | 5/30/2006 78/896,314 | | ROA:2/28/2007 <br> SOU: | Pending |
| RW-60 | ROCABEAR plus RW Design | 28 | 7/20/2006 78/933,507 | | ROA: <br> SOU: | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07

Page 8

Case Tracking System
**U.S. Trademark Summary Report**
**ROCAWEAR LICENSING LLC**

Date: March 29, 2007

| Case Number | Mark | Class | Filing Date Serial # | Date Issued Registration # | ROA Due SOU Due | Status §8 Due §15 Due Renewal Due |
|---|---|---|---|---|---|---|
| * RW-61 | TEAM ROC | 25 | 4/6/1999 75/674,783 | 3/20/2007 3,220,358 | ROA: SOU:3/19/2007 | Registered 3/20/2013 3/20/2013 3/20/2017 |
| RW-62 | Rocawear plus RW Design | 3 | 1/5/2007 77/077,235 | | ROA: SOU: | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07

Case Tracking System
**Foreign Trademark Summary Report**
**ROCAWEAR LICENSING LLC**

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-AR-01 | Argentina | Rocawear plus RW Design | 25 | 6/16/2004 2,521,777 | | Pending |
| * RW-AR-02 | Argentina | Team Roc plus Design | 25 | 7/26/2004 2530850 | 3/9/2006 2,071.339 | Registered 3/9/2016 |
| RW-AU-01 | Australia | ROCAWEAR | 25 | 1/31/2000 821727 | 1/31/2000 821727 | Registered 1/31/2010 |
| RW-AU-02 | Australia | ROCAWEAR plus Design | 9,14,18 | 8/30/2001 887591 | 8/30/2001 887591 | Registered 8/30/2011 |
| RW-AU-03 | Australia | ROCAWEAR plus Design | 3 | 12/31/2003 983527 | 12/31/2003 983527 | Registered 12/31/2013 |
| RW-BA-01 | Bahrain | Rocawear plus RW Design | 25 | 2/25/2004 40789 | 5/8/2005 TM40789 | Registered 2/25/2014 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07.

Page 1

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-BO-01 | Botswana | Rocawear plus RW Design | 25 | 5/30/2003 BW/M/O44/00793 | | Registered Pending |
| RW-BR-01 | Brazil | Rocawear plus Design | 25 | 3/5/2002 824411790 | | Pending |
| RW-CA-01 | Canada | ROCA Design | 25 | 6/26/1991 068476200 | 3/26/1993 TMA410070 | Registered 3/26/2007 |
| RW-CA-02 | Canada | ROCAWEAR | 25 | 5/5/2000 1057949 | 3/13/2003 TMA577443 | Registered 3/13/2018 |
| RW-CA-03 | Canada | ROCAWEAR plus Design | 3,9,14,18 | 9/6/2001 1115021 | 7/8/2004 TMA614,353 | Registered 7/8/2019 |
| RW-CA-04 | Canada | R Stitch Design | 25 | 5/4/2005 1256296 | | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 2

Date: March 29, 2007

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-CA-05 | Canada | R Knit Design | 25 | 5/4/2005 1256297 | | Pending |
| RW-CA-06 | Canada | R Shield Design | 25 | 5/4/2005 1256298 | | Pending |
| RW-CA-07 | Canada | ROC | 18,25 | | | Pending |
| RW-CH-01 | China | ROCAWEAR | 25 | 3/6/2000 2000024641 | 4/7/2001 1549404 | Registered 4/6/2011 |
| RW-CH-02 | China | ROCAWEAR plus RW Design | 3 | 3/5/2003 3475160 | 12/28/2004 3475160 | Registered 12/27/2014 |
| RW-CH-03 | China | Rocawear plus RW Design | 25 | 3/11/2003 3,481,960 | 9/21/2006 3,481,960 | Registered 9/20/2016 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07.

Page 3

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-CH-04 | China | Rocwear plus RW Design | 18 | 3/21/2003 3,495,476 | 9/21/2006 3,495,476 | Registered 9/20/2016 |
| RW-CH-05 | China | ROCAWEAR plus RW Design | 9 | 3/5/2003 3,475,159 | | Pending |
| RW-CH-06 | China | ROCAWEAR plus RW Design | 14 | 3/5/2003 3475158 | 10/28/2004 3475158 | Registered 10/27/2014 |
| * RW-CH-07 | China | Team Roc plus Design | 25 | 2/24/2004 3924509 | | Pending |
| RW-CH-08 | China | R Stitch Design | 25 | 5/16/2005 4658746 | | Pending |
| RW-CH-09 | China | R Knit Design | 25 | 5/16/2005 4658745 | | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 4

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-CH-10 | China | R Shield Design | 25 | 5/16/2005 4658744 | | Pending |
| RW-CL-01 | Chile | Rocawear plus RW Design | 25 | 5/9/2003 606.989 | 12/11/2003 680.706 | Registered 12/11/2013 |
| RW-CM-01 | Cambodia | Rocawear plus RW Design | 25 | 5/13/2004 20531/04 | 9/9/2004 20246/04 | Registered 5/13/2014 |
| RW-CO-01 | Colombia | Rocawear plus Design | 25 | 2/14/2002 2012586 | | Pending |
| * RW-CO-02 | Colombia | Team Roc plus Design | 25 | 7/28/2004 04072769 | 2/22/2005 294861 | Registered 2/22/2015 |
| RW-CR-01 | Costa Rica | Rocawear plus Design | 25 | 4/22/2003 2293-2003 | 12/4/2003 142894 | Registered |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountined as of 12/31/07.

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | Status / Renewal Due |
|---|---|---|---|---|---|---|
| RW-CTM-01 | CTM | ROCAWEAR plus RW Design | 3,9,14,18,25 | 8/31/2001 / 2360238 | 1/31/2003 / 2360238 | Registered / 8/31/2011 |
| * RW-CTM-02 | CTM | Team Roc plus Design | 9,18,25 | 3/10/2004 / 3702743 | 3/10/2004 / 3702743 | Registered / 3/10/2014 |
| RW-CTM-03 | | | | | | |
| RW-CTM-04 | CTM | R Knit Design | 14,18,25 | 5/5/2005 / 4426061 | 5/5/2005 / 4426061 | Registered / 5/5/2015 |
| RW-CTM-05 | CTM | R Shield Design | 14,18,25 | 5/5/2005 / 4426441 | 5/5/2005 / 4426441 | Registered / 5/5/2015 |
| RW-CTM-06 | CTM | R Stitch Design | 14,18,25 | 5/5/2005 / 4426482 | 5/5/2005 / 4426482 | Registered / 5/5/2015 |
| RW-CTM-07 | CTM | ROC | 9,18,25 | 6/20/2005 / 4,497,186 | | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountinued as of 12/31/07.

Page 6

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-CTM-08 | CTM | BELLA ROC | 14,18,25 | 5 605 498 | | Pending |
| RW-CU-01 | Cuba | Rocawear | 25 | 7/12/2002 2002-0585 | 11/2/2004 2002-0585 | Registered 7/12/2012 |
| RW-CU-02 | Cuba | Rocawear plus RW Design | 25 | 4/16/2003 2003-0250 | 2/8/2005 2003-0250 | Registered 7/12/2012 |
| RW-CY-01 | Cyprus | Rocawear plus RW Design | 25 | 12/21/2005 71957 | | Pending |
| RW-DR-01 | Dominican Republic | Rocawear plus Design | 25 | 4/21/2003 2003-25383 | 6/30/2003 135828 | Registered 6/30/2013 |
| RW-EC-01 | Ecuador | Rocawear plus RW Design | 25 | 4/16/2003 133096 | 12/15/2003 27460 | Registered 12/15/2013 |

\* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-EG-0I | Egypt | Rocawear plus RW Design | 25 | 9/13/2003 161976 | | Pending |
| RW-EL-01 | El Salvador | Rocawear plus RW Design | 25 | 4/22/2003 2003036550 | 6/18/2004 87/15/175-176 | Registered 6/18/2014 |
| RW-GR-0I | Germany | Rocawear plus Design | 25 & 35 | | 6/29/2000 399 71 608 | Registered |
| RW-GR-02 | Germany | Rocawear | 25 | | 399 38 087 | Registered |
| RW-GU-01 | Guatemala | Rocawear plus RW Design | 25 | 4/21/2003 2570-2003 | 10/27/2003 126559 | Registered 10/27/2013 |
| RW-HK-01 | Hong Kong | ROCAWEAR | 25 | 1/27/2000 2000/01597 | 1/27/2000 2001/00547 | Registered 1/27/2010 |

\* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 8

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-HK-02 | Hong Kong | ROCAWEAR plus Design | 3 | 9/3/2001 2001/14334 | 9/3/2001 2003/08802 | Registered 9/3/2008 |
| RW-HK-03 | Hong Kong | ROCAWEAR plus Design | 9 | 9/3/2001 2001/14335 | 9/3/2001 07653/2004 | Registered 9/3/2008 |
| RW-HK-04 | Hong Kong | ROCAWEAR plus Design | 14 | 9/3/2001 2001/14336 | 9/3/2001 00019/2003 | Registered 9/3/2008 |
| RW-HK-05 | Hong Kong | ROCAWEAR plus Design | 18 | 9/3/2001 2001/14337 | 9/3/2001 00020/2003 | Registered 9/3/2008 |
| RW-HK-06 | Hong Kong | ROCAWEAR plus RW Design | 25 | 3/13/2003 2003/03718 | 3/13/2003 06451/2004 | Registered 3/13/2010 |
| * RW-HK-07 | Hong Kong | Team Roc plus Design | 25 | 2/20/2004 300162053 | 2/20/2004 300162053 | Registered 2/20/2014 |

Page 9

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountured as of 12/31/07.

Case Tracking System

**Foreign Trademark Summary Report**

ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | Status / Renewal Due |
|---|---|---|---|---|---|---|
| RW-HO-01 | Honduras | Rocawear plus RW Design | 25 | 4/24/2003 / 10195/2003 | 4/17/2004 / 91739 | Registered / 4/17/2014 |
| RW-ID-01 | Indonesia | Rocawear plus Design | 25 | 10/14/2002 / D00/2002/23690/23954 | | Abandoned |
| RW-IN-01 | India | Rocawear plus RW Design | 25 | 7/22/2003 / 1216651 | | Pending |
| RW-IS-01 | Israel | Rocawear plus RW Design | 25 | 7/16/2003 / 165716 | 7/16/2004 / 165716 | Registered / 7/16/2013 |
| RW-IV-01 | Ivory Coast | Rocawear plus RW Design | 25 | 7/30/2003 / 3200301074 | 7/30/2003 / 48380 | Registered / 7/30/2013 |
| RW-JA-01 | Japan | ROCAWEAR | 25 | 2/4/2000 / 2000-8305 | | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page  10

Date: March 29, 2007

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-JA-02 | Japan | ROCAWEAR plus Design | 3,9,14,18 | 11/2/2001 2001-98387 | 5/3/2006 4932403 | Registered 5/3/2016 |
| RW-JA-03 | Japan | Rocawear plus RW Design | 18 & 25 | 1/22/2001 2001-4009 | | Pending |
| * RW-JA-05 | Japan | Team Roc plus Design | 25 | 2/20/2004 2004-15440 | 9/17/2004 4,802,979 | Registered 9/17/2014 |
| RW-JA-06 | Japan | R Stitch Design | 25 | 5/6/2005 2005-39519 | 11/18/2005 4,908,723 | Registered 11/18/2015 |
| RW-JA-07 | Japan | R Shield Design | 25 | 5/6/2005 2005-39520 | 11/18/2005 4,908,724 | Registered 11/18/2015 |
| RW-JA-08 | Japan | R Knit Design | 25 | 5/6/2005 2005-39521 | 11/18/2005 4,908,725 | Registered 11/18/2015 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 11

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-JM-01 | Jamaica | Rocawear plus RW Design | 25 | 4/29/2003 43823 | 11/23/2004 43823 | Registered 4/29/2013 |
| RW-JO-01 | Jordan | Rocawear plus RW Design | 25 | 2/19/2006 84103 | 2/19/2006 84103 | Registered 2/19/2016 |
| RW-KE-01 | Kenya | Rocawear plus RW Design | 25 | 4/10/2003 54394 | 4/10/2003 54394 | Registered 4/10/2013 |
| RW-KO-01 | Korea | ROCAWEAR | 25 | 3/7/2001 40-2000-0009901 | | Abandoned |
| RW-KO-02 | Korea | ROCAWEAR plus Design | 3 | 9/1/2001 40-2001-38859 | 12/26/2003 569920 | Registered 12/26/2013 |
| RW-KO-03 | Korea | ROCAWEAR plus Design | 25 | 2/22/2002 2002-8712 | | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 12

Case Tracking System
**Foreign Trademark Summary Report**
**ROCAWEAR LICENSING LLC**

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | Status / Renewal Due |
|---|---|---|---|---|---|---|
| RW-KO-04 | Korea | ROCAWEAR plus Design (divisional application) | 18 | 11/8/2001 / 40-2002-0051484 | 7/11/2003 / 553577 | Registered / 7/11/2013 |
| RW-KO-05 | Korea | ROCAWEAR | 25 | 4/26/2003 / 40-2003-19036 | 8/20/2004 / 590803 | Registered / 8/20/2014 |
| RW-KO-06 | Korea | ROCAWEAR plus Design (divisional application) | 9 & 14 | 5/2/2003 / 40-2003-20159 | 12/24/2003 / 569779 | Registered / 12/24/2013 |
| RW-KO-07 | Korea | RW Design (purchased) | 25 | | 494248 | Registered |
| * RW-KO-08 | Korea | Team Roc plus Design | 25 | 2/20/2004 / 40-2004-7507 | 6/8/2005 / 620660 | Registered / 6/8/2015 |
| RW-KO-09 | Korea | R Knit Design | 25 | 5/3/2005 / 40-2005-19836 | | Pending |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07.

Page 13

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-KO-10 | Korea | R Shield Design | 25 | 5/3/2005 40-2005-19834 | 2/6/2006 650011 | Registered 2/6/2016 |
| RW-KO-11 | Korea | R Stitch Design | 25 | 5/3/2005 40-2005-19835 | 4/27/2006 40-660199 | Registered 4/27/2016 |
| RW-KU-01 | Kuwait | Rocawear plus RW Design | 25 | 1/23/2006 74744 | | Pending |
| RW-LB-01 | Lebanon | Rocawear plus RW Design | 25 | 12/30/2005 6909 | 1/4/2006 104992 | Registered 1/4/2021 |
| RW-LE-01 | Lesotho | Rocawear plus RW Design | 25 | 4/22/2003 LS/M/03/00169 | 5/3/2004 LS/M/03/00169 | Registered 4/22/2013 |
| RW-M0-01 | Morocco | Rocawear plus RW Design | 25 | 1/5/2006 101394 | 1/5/2006 101394 | Registered 1/5/2016 |

Page 14

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07.

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | Status / Renewal Due |
|---|---|---|---|---|---|---|
| RW-MA-01 | Malaysia | Rocawear plus RW Design | 25 | 5/28/2004 / 2004/07269 | 5/28/2004 / 2004/07269 | Registered / 5/28/2014 |
| RW-MX-01 | Mexico | Rocawear plus RW Design | 3 | 11/14/2001 / 517199 | 11/14/2001 / 732672 | Registered / 11/14/2011 |
| RW-MX-02 | Mexico | Rocawear plus RW Design | 9 | 11/14/2001 / 517200 | | Pending |
| RW-MX-03 | Mexico | Rocawear plus RW Design | 14 | 11/14/2001 / 517201 | 11/14/2001 / 734816 | Registered / 11/14/2011 |
| RW-MX-04 | Mexico | Rocawear plus RW Design | 18 | 11/14/2001 / 517202 | 11/14/2001 / 732673 | Registered / 11/14/2011 |
| RW-MX-05 | Mexico | Rocawear plus RW Design | 25 | 11/14/2001 / 517203 | 11/14/2001 / 736507 | Registered / 11/14/2011 |

\* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountinued as of 12/31/07.

Page 15

Date: March 29, 2007

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| * RW-MX-06 | Mexico | Team Roc plus Design | 25 | 6/7/2004 660208 | 9/13/2004 849791 | Registered 6/7/2014 |
| RW-MX-07 | Mexico | R Stitch Design | 25 | 5/2/2005 715308 | 8/31/2005 898359 | Registered 5/2/2015 |
| RW-MX-08 | Mexico | R Knit Design | 25 | 5/2/2005 715309 | 8/31/2005 898360 | Registered 5/2/2015 |
| RW-MX-09 | Mexico | R Shield Design | 25 | 5/2/2005 715307 | 8/31/2005 898358 | Registered 5/2/2015 |
| RW-NA-01 | Netherlands Antilles | Rocawear plus RW Design | 25 | 5/6/2003 D-300284 | 6/10/2003 09840 | Registered 5/6/2013 |
| RW-NI-01 | Nicaragua | Rocawear plus RW Design | | 4/21/2003 2003/01200 | 10/30/2003 59229LM | Registered 10/30/2013 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountined as of 12/31/07.

Page 16

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-NO-01 | Norway | Rocawear | 25 | 7/12/2002 200206476 | 1/3/2005 225328 | Registered 1/3/2015 |
| RW-NZ-01 | New Zealand | Rocawear plus RW Design | 25 | 10/8/2004 719648 | 10/8/2004 719648 | Registered 10/8/2014 |
| RW-OM-01 | Oman | Rocawear plus RW Design | 25 | 1/21/2006 38741 | | Pending |
| RW-PA-01 | Panama | Rocawear plus Design | 25 | 4/3/2002 120370-01 | | Pending |
| * RW-PA-02 | Panama | Team Roc plus Design | 25 | 9/21/2004 137649 | 1/31/2006 137649 01 | Registered 9/21/2014 |
| RW-PE-01 | Peru | Rocawear plus RW Design (purchased) | 25 | 144318-2002 | 81422 | Registered |

Page 17

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-PH-01 | Philippines | Rocawear plus RW Design | 25 | 5/7/2004 4-2004-0004143 | | Pending |
| RW-PK-01 | Pakistan | Rocawear plus RW Design | 25 | 9/20/2003 187893 | | Pending |
| RW-PO-01 | Poland | Rocawear | 25 | 8/5/2002 Z-253744 | 8/5/2002 R-173508 | Registered 8/5/2012 |
| RW-QA-01 | Qatar | Rocawear plus RW Design | 25 | 2/6/2006 38562 | | Pending |
| RW-RU-01 | Russia | Rocawear | 3,9,18 | 7/22/2002 2002714092 | 6/9/2003 248441 | Registered 7/23/2012 |
| RW-RU-02 | Russia | Rocawear plus RW Design | 25 & 42 | 8/22/2001 2001/726040 | 9/1/2005 294849 | Registered 8/28/2011 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discontinued as of 12/31/07.

Page 18

Case Tracking System
**Foreign Trademark Summary Report**
ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date Serial # | Date Issued Registration # | Status Renewal Due |
|---|---|---|---|---|---|---|
| RW-SA-01 | South Africa | Rocawear plus RW Design | 25 | 4/1/2003 2003/05309 | | Pending 6/11/2014 |
| RW-SAR-01 | Saudi Arabia | Rocawear plus RW Design | 25 | 10/7/2003 85610 | 10/20/2004 19/749 | Registered 6/11/2014 |
| RW-SW-01 | Switzerland | Rocawear | 25 | 7/12/2002 06150/2002 | 10/16/2002 504117 | Registered |
| * RW-SW-02 | Switzerland | Team Roc plus Design | 25 | 6/2/2004 01932/2004 | 8/3/2004 524357 | Registered 6/2/2014 |
| RW-TH-01 | Thailand | ROCAWEAR plus RW Design | 25 | 10/8/2003 532647 | | Pending |
| * RW-TH-02 | Thailand | TEAM ROC plus Design | 25 | 4/1/2004 549122 | 3/14/2005 Kor214923 | Registered 3/31/2014 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 19

Case Tracking System
## Foreign Trademark Summary Report
### ROCAWEAR LICENSING LLC

Date: March 29, 2007

| Case Number | Country | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | Status / Renewal Due |
|---|---|---|---|---|---|---|
| RW-TU-01 | Turkey | ROCAWEAR | 3 & 9 | 8/1/2002 / 83746 | 8/1/2002 / 2002 19333 | Registered / 8/1/2012 |
| RW-TU-02 | Turkey | Rocawear plus RW Design | 25 | 2002/19333 | | Pending |
| RW-TW-01 | Taiwan | ROCAWEAR | 25 | 7/15/2002 / 91029058 | 12/1/2003 / 1077253 | Registered / 11/30/2013 |
| RW-TW-02 | Taiwan | Rocawear plus RW Design | 18 | 91025930 | 9/16/2003 / 1058128 | Registered / 9/15/2013 |
| RW-TW-03 | Taiwan | Rocawear plus RW Design | 25 | 6/24/2002 / 91025929 | 4/16/2005 / 01148799 | Registered / 4/15/2015 |
| * RW-TW-04 | Taiwan | Team Roc plus Design | 25 | 3/24/2004 / 93012855 | 5/1/2005 / 01151603 | Registered / 4/30/2015 |

* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.

Page 20

Date: March 29, 2007

Case Tracking System
Foreign Trademark Summary Report
ROCAWEAR LICENSING LLC

| Case Number | Country | Mark | Class | Filing Date / Serial # | Date Issued / Registration # | Status / Renewal Due |
|---|---|---|---|---|---|---|
| RW-UAE-01 | United Arab Emirates | Rocawear plus RW Design | 25 | 9/28/2003<br>56149 | 6/14/2004<br>47209 | Registered<br>6/13/2014 |
| RW-UK-01 | Ukraine | Rocawear plus RW Design | 25 | 9/27/2005<br>2005112267 | | Pending |
| RW-VE-01 | Venezuela | Rocawear plus Design | 25 | 2/21/2002<br>2556-2002 | | Pending |
| * RW-VE-02 | Venezuela | Team Roc plus Design | 25 | 7/27/2004<br>11736-2004 | | Abandoned |
| RW-VI-01 | Vietnam | Rocawear plus RW Design | 25 | 5/14/2004<br>4-2004-04540 | 8/4/2005<br>65547 | Registered<br>5/14/2014 |
| RW-ZW-01 | Zimbabwe | Rocawear plus RW Design | 25 | 6/18/2003<br>380/2003 | 6/18/2003<br>380/2003 | Registered<br>6/18/2013 |

\* Pursuant to an agreement with Damon Dash it was agreed that the use of the TEAM ROC Trademark would be discountuned as of 12/31/07.