**[Highlighting Supplied]**    lidscom   SIGN IN / REGISTER (/LOGIN)   FIND A STORE (/STORES)

GIFT CARDS (/GIFT-CARD)   ACCESS PASS (/ACCESS-PASS)

MLB   NFL   NBA   NHL   COLLEGE   OTHER   MEN   WOMEN   KIDS   LIFESTYLE   NEW ARRIVALS (/NEW-ARRIVALS)   CLEARANCE (/CLEARANCE)

FREE SHIPPING on orders of $50 + (/help-desk/shipping/options) (/help-desk/shipping/options)

Join, Use and Save Up to 20% - Access Pass Premium (/access-pass)

 You searched for **"roc nation"**.

### SHOP FOR

**HATS** (/SEARCH/ROC%20NATION/HATS)
**NOVELTIES** (/SEARCH/ROC%20NATION/NOVELTIES)
**MEN** (/SEARCH/ROC%20NATION/MEN)
**WOMEN** (/SEARCH/ROC%20NATION/WOMEN)
**EXCLUSIVES** (/SEARCH/ROC%20NATION/EXCLUSIVES)
**CLEARANCE** (/SEARCH/ROC%20NATION/CLEARANCE)

**DEPARTMENT** —

**HATS** —
Fitted (8) (/search/roc%20nation/fitted)
Snapback (1) (/search/roc%20nation/snapback)
Stretch Fitted (4) (/search/roc%20nation/stretch-fitted)
39THIRTY (4) (/search/roc%20nation/39thirty)
more...

**NOVELTIES** —
Bobbleheads (1) (/search/roc%20nation/bobbleheads)

**PLAYER NAME** —
James Harden (1) (/search/roc%20nation/james-harden)

**TEAM** —

**MLB** —
Atlanta Braves (1) (/search/roc%20nation/atlanta-braves)

RELEVANCE ⌄     Found 14 products

   

(/atlanta-braves-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912299)
Atlanta Braves New Era MLB New Era X Roc Nation 59FIFTY Cap (/Atlanta-
$49.99   QUICK VIEW   ★★★★★

(/houston-astros-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912305)
Houston Astros New Era MLB New Era X Roc Nation 59FIFTY Cap (/Houston-
$49.99   QUICK VIEW   ★★★★★

(/texas-rangers-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912312)
Texas Rangers New Era MLB New Era X Roc Nation 59FIFTY Cap (/Texas-
$49.99   QUICK VIEW   ★★★★★

     

(/washington-nationals-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912314)
Washington Nationals New Era MLB New Era X Roc Nation 59FIFTY Cap
$49.99   QUICK VIEW   ★★★★★

(/miami-marlins-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912307)
Miami Marlins New Era MLB New Era X Roc Nation 59FIFTY Cap (/Miami-
$49.99   QUICK VIEW   ★★★★★

(/seattle-mariners-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912311)
Seattle Mariners New Era MLB New Era X Roc Nation 59FIFTY Cap
$49.99   QUICK VIEW   ★★★★★

 

(/san-francisco-giants-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912310)

(/baltimore-orioles-new-era-mlb-new-era-x-roc-nation-59fifty-cap/20912300)

