







ROCNATION UNSTRUCTURED PATCH HAT
$40





