INSTAGRAM   CART  0

# Free shipping on all orders over $150!!



HOME    SHOP    LOOKBOOK



R O C A F E L L A   P U L L O V E R   H O O D Y

$87 $145

SELECT OPTION

Small ▼

QUANTITY

1

ADD TO CART

D E S C R I P T I O N

HEATHER GREY



RELATED PRODUCT

   

POLICIES  SEARCH                                                HELP: CS@FANCY.COM // POWERED BY FANCY

INSTAGRAM  CART  0

# Free shipping on all orders over $150!!



HOME    SHOP    LOOKBOOK



ROC PLUG PULLOVER HOODY

$60 $145

SELECT OPTION

Small ▼

QUANTITY

1

ADD TO CART

DESCRIPTION

Black

RELATED PRODUCT

      

POLICIES   SEARCH                                              HELP: CS@FANCY.COM//POWERED BY FANCY

INSTAGRAM    CART  0

# Free shipping on all orders over $150!!



HOME    SHOP    LOOKBOOK



ROC NAVY SNAPBACK

$45

QUANTITY

1

SOLD OUT

DESCRIPTION

Roc Navy Hat

RELATED PRODUCT

   

POLICIES    SEARCH                    HELP: CS@FANCY.COM//POWERED BY FANCY

INSTAGRAM   CART   0

# Free shipping on all orders over $150!!



HOME   SHOP   LOOKBOOK



ROC FAMILY TREE TEE

$28 $50

SELECT OPTION

Large ▼

QUANTITY

1

ADD TO CART

DESCRIPTION

Roc Family Tree Tee

RELATED PRODUCT

   

POLICIES   SEARCH   HELP: CS@FANCY.COM//POWERED BY FANCY



# Free shipping on all orders over $150!!



HOME     SHOP     LOOKBOOK





ROC TIE DYE TEE

$25 $45

SELECT OPTION

3XL ▼

QUANTITY

1

ADD TO CART

DESCRIPTION

Roc Tie Dye Tee

RELATED PRODUCT

   

POLICIES    SEARCH             HELP: CS@FANCY.COM//POWERED BY FANCY