## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICONIX BRAND GROUP, INC.; STUDIO IP HOLDINGS, LLC, and ICON DE HOLDINGS, LLC, | No. 17 Civ. 03096 (AJN)(OTW) |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| vs. | |
| ROC NATION APPAREL GROUP, LLC; ROC APPAREL GROUP LLC; ROC NATION, LLC; SHAWN C. CARTER a/k/a JAY-Z; NEW ERA CAP COMPANY, INC. d/b/a NEW ERA; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; HAT WORLD, INC. d/b/a LIDS SPORTS GROUPS; SAN FRANCISCO BASEBALL ASSOCIATES LLC d/b/a SAN FRANCISCO GIANTS; CIRCLE OF SUCCESS LLC; MADEWORN HOLDINGS LLC; EMERY JONES; KAREEM BURKE; PAPER PLANES IP HOLDINGS, LLC; and JOHN DOES 1-5, | |
| Defendants. | |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
### TO FED. R. CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that the above-captioned action, including all claims, counterclaims, and defenses by and against all parties, is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own attorneys' fees and costs.

Dated: November 12, 2019                    By: _____

                                            Craig M. Flanders, Esq.
                                            Samuel D. Levy, Esq.
                                            BLANK ROME LLP

                                            *Counsel for Iconix Brand Group, Inc., Studio
                                            IP Holdings, LLC, and Icon DE Holdings, LLC*


Dated: November ___, 2019                   By: _____

                                            Andrew H. Bart, Esq.
                                            Alison I. Stein, Esq.
                                            JENNER & BLOCK LLP

                                            *Counsel for Roc Nation Apparel Group, LLC*


Dated: November ___, 2019                   By: _____

                                            Jordan W. Siev, Esq.
                                            James T. Hultquist, Esq.
                                            REED SMITH LLP

                                            *Counsel for Roc Apparel Group, LLC, Roc
                                            Nation, LLC, and Paper Planes IP Holdings,
                                            LLC*

Dated: November __, 2019

By: _____

Craig M. Flanders, Esq.
Samuel D. Levy, Esq.
BLANK ROME LLP

*Counsel for Iconix Brand Group, Inc., Studio IP Holdings, LLC, and Icon DE Holdings, LLC*

Dated: November __, 2019

By: _____

Andrew H. Bart, Esq.
Alison I. Stein, Esq.
JENNER & BLOCK LLP

*Counsel for Roc Nation Apparel Group, LLC*

Dated: November __, 2019

By: _____

Jordan W. Siev, Esq.
James T. Hultquist, Esq.
REED SMITH LLP

*Counsel for Roc Apparel Group, LLC, Roc Nation, LLC, and Paper Planes IP Holdings, LLC*

Dated: November ___, 2019                By: _____

                                         Craig M. Flanders, Esq.
                                         Samuel D. Levy, Esq.
                                         BLANK ROME LLP

                                         *Counsel for Iconix Brand Group, Inc., Studio
                                         IP Holdings, LLC, and Icon DE Holdings, LLC*

Dated: November ___, 2019                By: _____

                                         Andrew H. Bart, Esq.
                                         Alison I. Stein, Esq.
                                         JENNER & BLOCK LLP

                                         *Counsel for Roc Nation Apparel Group, LLC*

Dated: November ___, 2019                By: _____

                                         Jordan W. Siev, Esq.
                                         James T. Hultquist, Esq.
                                         REED SMITH LLP

                                         *Counsel for Roc Apparel Group, LLC, Roc
                                         Nation, LLC, and Paper Planes IP Holdings,
                                         LLC*

Dated: November 12, 2019                    By: _____

                                            Alex Spiro, Esq.
                                            Andrew J. Rossman, Esq.
                                            Rex Lee, Esq.
                                            QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP

                                            *Counsel for Shawn C. Carter*


Dated: November __, 2019                    By: _____

                                            Kerry B. Brownlee, Esq.
                                            Jason M. Drangel, Esq.
                                            EPSTEIN DRANGEL LLP

                                            *Counsel for Kareem Burke, Circle of Success
                                            LLC, and MadeWorn Holdings LLC*


Dated: November __, 2019                    By: _____

                                            Lawrence G. Scarborough, Esq.
                                            Bieta Andemariam, Esq.
                                            BRYAN CAVE LEIGHTON PAISNER LLP

                                            *Counsel for Major League Baseball
                                            Properties, Inc., New Era Cap Co., Inc., San
                                            Francisco Baseball Associates, LLC, and Hat
                                            World, Inc.*


Dated: November __, 2019                    By: _____

                                            Kevin Markow, Esq.
                                            Gary C. Rosen, Esq.
                                            BECKER & POLIAKOFF, P.A.

                                            *Counsel for Emory Jones*

Dated: November __, 2019

By: _____

Alex Spiro, Esq.
Andrew J. Rossman, Esq.
Rex Lee, Esq.
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*Counsel for Shawn C. Carter*


Dated: November 12, 2019

By: *Kerry B. Brownlee*

Kerry B. Brownlee, Esq.
Jason M. Drangel, Esq.
EPSTEIN DRANGEL LLP

*Counsel for Kareem Burke, Circle of Success
LLC, and MadeWorn Holdings LLC*


Dated: November __, 2019

By: _____

Lawrence G. Scarborough, Esq.
Bieta Andemariam, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP

*Counsel for Major League Baseball
Properties, Inc., New Era Cap Co., Inc., San
Francisco Baseball Associates, LLC, and Hat
World, Inc.*


Dated: November __, 2019

By: _____

Kevin Markow, Esq.
Gary C. Rosen, Esq.
BECKER & POLIAKOFF, P.A.

*Counsel for Emory Jones*

Dated: November __, 2019                By: _____

                                        Alex Spiro, Esq.
                                        Andrew J. Rossman, Esq.
                                        Rex Lee, Esq.
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP

                                        *Counsel for Shawn C. Carter*


Dated: November __, 2019                By: _____

                                        Kerry B. Brownlee, Esq.
                                        Jason M. Drangel, Esq.
                                        EPSTEIN DRANGEL LLP

                                        *Counsel for Kareem Burke, Circle of Success
                                        LLC, and MadeWorn Holdings LLC*


Dated: November __, 2019                By: _____

                                        Lawrence G. Scarborough, Esq.
                                        Bieta Andemariam, Esq.
                                        BRYAN CAVE LEIGHTON PAISNER LLP

                                        *Counsel for Major League Baseball
                                        Properties, Inc., New Era Cap Co., Inc., San
                                        Francisco Baseball Associates, LLC, and Hat
                                        World, Inc.*


Dated: November __, 2019                By: _____

                                        Kevin Markow, Esq.
                                        Gary C. Rosen, Esq.
                                        BECKER & POLIAKOFF, P.A.

                                        *Counsel for Emory Jones*

Dated: November ___, 2019                By: _____

                                         Alex Spiro, Esq.
                                         Andrew J. Rossman, Esq.
                                         Rex Lee, Esq.
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP

                                         *Counsel for Shawn C. Carter*


Dated: November ___, 2019                By: _____

                                         Kerry B. Brownlee, Esq.
                                         Jason M. Drangel, Esq.
                                         EPSTEIN DRANGEL LLP

                                         *Counsel for Kareem Burke, Circle of Success
                                         LLC, and MadeWorn Holdings LLC*


Dated: November ___, 2019                By: _____

                                         Lawrence G. Scarborough, Esq.
                                         Bieta Andemariam, Esq.
                                         BRYAN CAVE LEIGHTON PAISNER LLP

                                         *Counsel for Major League Baseball
                                         Properties, Inc., New Era Cap Co., Inc., San
                                         Francisco Baseball Associates, LLC, and Hat
                                         World, Inc.*


Dated: November 12, 2019                 By: _____

                                         Kevin Markow, Esq.
                                         Gary C. Rosen, Esq.
                                         BECKER & POLIAKOFF, P.A.

                                         *Counsel for Emory Jones*